DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102-5106
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 54,332

Attorneys for Plaintiff
INTEGRATED SPORTS MEDIA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRATED SPORTS MEDIA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RAFAEL CHAVEZ, individually and dba El 7 Mares aka 7 Mares Mexican Restaurant; 7 Mares Mexican Restaurant, an unknown business entity dba El 7 Mares aka 7 Mares Mexican Restaurant, <br><br> Defendants. | Case No. CV 10-1782 ODW (MANx) <br><br> EX PARTE APPLICATION FOR ENTRY OF ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080 |

COMES NOW Plaintiff INTEGRATED SPORTS MEDIA, INC., who hereby moves this court ex parte for the issuance of an order authorizing the use of a process server to levy and execute under C.C.P. § 699.080, in the place and in lieu of the United States Marshal.

DATED: October 4, 2010        COOK COLLECTION ATTORNEYS

                              By:___/s/ David J. Cook_____
                                  DAVID J. COOK, ESQ. (SB# 060859)
                              Attorneys for Plaintiff
                              INTEGRATED SPORTS MEDIA, INC.

F:\USERS\DJCNEW\el 7.exps

EX PARTE APPLICATION FOR ENTRY OF ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080 - CASE NO. CV 10-1782 ODW (MANx)